CRINER v. MATHEWS et al.

(Circuit Court of Appeals, Eighth Circuit. May 13, 1895.)

No. 506.

APPEAL—ASSIGNMENTS OF ERROR—MOTION FOR NEW TRIAL.
    An order overruling a motion for a new trial is not assignable as error in a federal appellate court.

In Error to the United States Court in the Indian Territory.

This was an action by John B. Criner against Oliver Mathews and Mrs. Mathews to recover possession of a certain farm. There was a verdict and judgment in favor of defendant. Plaintiff moved for a new trial, which motion was overruled. Plaintiff excepted to the overruling of the motion, and brought error to this court.

C. L. Herbert filed brief for plaintiff in error.

H. C. Potterf and Henry Hardy filed brief for defendants in error.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

PER CURIAM. The only error assigned in this case is the overruling of a motion for a new trial. The rule is settled that the overruling of such a motion cannot be made the foundation for an assignment of error in a federal appellate court. The judgment of the United States court in the Indian Territory is affirmed.